## AFFIDAVIT OF SERVICE

**State of South Carolina**                                                                                          **County of**

Case Number: 2:26-cv-01412-JD-MGB

Plaintiff:
**Jay Connor**

vs.

Defendant:
**National Mortgage Home Loans , LLC and John Does**

For:
Jay Connor
215 E Bay Street 201-F
Charleston, SC 29401

Received by Jackson Process Servers on the 7th day of April, 2026 at 9:36 am to be served on **Colette Cook%resident Agent/Klug Law National Mortgage Home Loans ,LLC, 2222 W. Grand River Ave. Ste A, Okemos, MI 48864.**

I, Hope Sprangel, being duly sworn, depose and say that on the **10th day of April, 2026 at 12:22 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint** with the date and hour of service endorsed thereon by me, to: **Colette Cook%resident Agent/Klug Law National Mortgage Home Loans ,LLC** at the address of: **2222 W. Grand River Ave. Ste A, Okemos, MI 48864**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 110, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a  Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 10th day of April, 2026 by the affiant who is personally known to me.

**NOTARY PUBLIC**

LAURA K PLANETA
NOTARY PUBLIC-STATE OF MICHIGAN
COUNTY OF JACKSON
My Commission Expires Sept. 24, 2030
Acting in the County of Jackson

**Hope Sprangel**
Process Server

**Jackson Process Servers**
**715 W Michigan Ave**
**Suite 1**
**Jackson, MI 49201**
**(517) 888-9330**

Our Job Serial Number: JPO-2026000316

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

RCV'D - USDC - CHAS, SC
2026 APR 21 AM 10:42

Summons    (3/23)

Case Number 2:26-CV-01412-JD-MGB

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☑ I served  ☑ personally  ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)  a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
| --- | --- |
| National Mortgage Home/RA Colette Cook | Friday 4-10-2026  12:22 pm |

Place or address of service
2222 W. Grand River Ave Ste A Okemos, MI 48864

Attachments (if any)
Summons In a Civil Action, Complaint

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☑ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Signature

Name (type or print)  Todd Springol

| Service fee $ | Miles traveled | Fee $ | | |
| --- | --- | --- | --- | --- |
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

listed Above
Attachments (if any)

on 4-10-2026    12:22pm
Date and time

Colette M. Cook
Signature                    on behalf of _____

Colette M. Cook
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

RCV'D - USDC - CHAS, SC
2026 APR 21 AM 10:42