**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Jay Connor,

   Plaintiff,

    Vs.

National Mortgage Home Loans, LLC and John
Does 1-10

   Defendants.

C/A No: 2:26-cv-01412-JD-MGB

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**AND MOTION TO STAY**

Plaintiff Jay Connor respectfully requests this Court to stay all proceedings in this matter for thirty (30) days to allow the parties to finalize a settlement agreement that will end the case. Plaintiff filed the Complaint [ECF No. 1] on 4/2/26 and filed the affidavit of service for Defendant National Mortgage Home Loans, LLC ("NMHL") [ECF No. 10] on 4/7/26. NMHL's answer is due on 5/1/26. After the settlement is completed, Plaintiff will file a voluntary dismissal with prejudice.

      Respectfully Submitted,

      Jay C. Connor, Plaintiff *Pro Se*

May 1, 2026

      215 East Bay Street 201-F
      Charleston, SC 29401
      (843) 557-5724 (residential)
      Jayc650@hush.com