**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

Jay Connor,

        Plaintiff,

           Vs.

National Mortgage Home Loans, LLC and John Does 1-10

        Defendants.

C/A No: 2:2026-cv-01412-JD-MGB

**DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff dismisses this action with prejudice. This Dismissal ends the case.

Dated: May 11, 2026

Respectfully Submitted,

Jay Connor Plaintiff, *Pro Se*
jayc650@hush.com
215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724 (Residential)
(843) 913-8357 (Fax)